IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. KLINE | : | 19cv213 |
|    Plaintiffs | : | Judge Jones |
| | : | |
| vs. | : | |
| | : | |
| PLYMOUTH ROCK ASSURANCE CORP ET AL. | : | |
|    Defendants | : | |

## **O R D E R**
March 19, 2019

It has been reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

   s/ John E. Jones III
John E. Jones III
United States District Judge